

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2700

## TO THE UNITED STATES MARSHAL OR HIS DEPUTIES:

You are directed to produce the following named prisoner:

**Ernest Pannell**          **USMS No. 64787-050**

before **the Honorable Judge Chesler, for a Plea Hearing at the U.S. District Court located in Newark, New Jersey on Friday, October 26th, 2012 at 10:00 a.m.**

*Cheryl Cucinello*
Cheryl Cucinello
Assistant U.S. Attorney
(973) 645-2891

Dated:   October 22, 2012
         Newark, New Jersey

---

So Ordered.

STANLEY R. CHESLER
United States District Judge